No. 6351.—Aguilera, aplte., *v.* Pérez Lugo et al., apldos., Antonmattei, intérventor.—C. D. Ponce. Mayo 31, 1933.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

Por cuanto, la apelante en concepto de tercerista trató de obtener como suya una propiedad embargada para aseguramiento de sentencia en pleito sobre cobro de dinero, por otra persona:

Por cuanto, aparece que dicha propiedad fué subastada en el pleito en que fué objeto de embargo y se adjudicó al actor por lo que, resultando académica la contienda, la corte de distrito dictó sentencia desestimando la demanda de tercería:

POR CUANTO, la tercerista no apeló de la sentencia dentro de los diez días señalados por la ley, y la parte apelada pide la desestimación por falta de jurisdicción en este tribunal:

POR CUANTO, no es óbice a la desestimación el que la corte de distrito aprobara una estipulación en la cual las partes hicieron constar que quedaban todas sometidas a los resultados del juicio declarativo "tal cual si se hubiera tratado de un juicio de reivindicación", toda vez que el pleito en que se dictó la sentencia era y quedaba uno de tercería por lo cual la sentencia debió apelarse y no se apeló dentro de los diez días señalados por la ley:

POR TANTO, se declara con lugar la moción y en su consecuencia se desestima la apelación entablada contra la sentencia dictada por la Corte de Distrito de Ponce en febrero 27, 1933.